# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00646-CV

---

**In re J. D.**

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).


Karin Crump, Justice

Before Justices Triana, Crump, and Ellis

Filed: July 24, 2026